**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, CA 90210
Telephone:    (818) 532-6499
E-mail: jpafiti@pomlaw.com

**Counsel for Plaintiff**
*- additional counsel on signature page -*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ROBIN HADDEN, Individually and on Behalf of All Others Similarly Situated, | Case No. |
| Plaintiff, | **CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS** |
| vs. | |
| WAGEWORKS, INC., JOSEPH L. JACKSON and COLM M. CALLAN, | **JURY TRIAL DEMANDED** |
| Defendants | |

Plaintiff Robin Hadden ("Plaintiff"), individually and on behalf of all other persons similarly situated, by Plaintiff's undersigned attorneys, for Plaintiff's complaint against Defendants (defined below), alleges the following based upon personal knowledge as to Plaintiff and Plaintiff's own acts, and information and belief as to all other matters, based upon, *inter alia*, the investigation conducted by and through Plaintiff's attorneys, which included, among other things, a review of the Defendants' public documents, conference calls and announcements made by Defendants, United States Securities and Exchange Commission ("SEC") filings, wire and press releases published by and regarding WageWorks, Inc. ("WageWorks" or the "Company"), analysts' reports and advisories about the Company, and information readily obtainable on the Internet. Plaintiff believes that substantial

evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## NATURE OF THE ACTION

1.      This is a federal securities class action on behalf of a class consisting of all persons other than Defendants who purchased or otherwise acquired common shares of WageWorks between May 5, 2016 and February 28, 2018, both dates inclusive (the "Class Period"). Plaintiff seeks to recover compensable damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder.

2.      WageWorks, Inc. provides tax-advantaged programs for consumer-directed health, commuter, and other employee spending account benefits, or CDBs, in the United States. The Company operates spending account management programs such as health and dependent care Flexible Spending Accounts (FSAs), Health Savings Accounts (HSAs), Health Reimbursement Arrangements (HRAs, and transit programs.

3.      Founded in 2000, the Company is headquartered in San Mateo, California, and its stock trades on the New York Stock Exchange ("NYSE") under the ticker symbol "WAGE."

4.      Throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational and compliance policies.  Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) there were material weaknesses in WageWorks' systems of internal controls and that its practices and controls were ineffective; (ii) WageWorks failed to adequately manage and assess risk relating to certain complex transactions, including certain government contracts; (iii) WageWorks improperly recognized revenue, thereby inflating its earnings and related financial metrics; and (iv) as a result, WageWorks' public statements were materially false and misleading at all relevant times.

5.      On March 1, 2018, WageWorks issued a press release entitled "WageWorks to Delay Form 10K Filing for Fiscal Year 2017," announcing that it was delaying the filing of its Form 10-K for the fiscal year ending December 31, 2017, admitting that there were material weaknesses in WageWorks' systems of internal controls and that its practices and controls as to its accounting and preparation of earnings disclosures were ineffective.

6.      On this news, WageWorks' share price fell $9.75, or 18.58%, to close at $42.70 per share on March 1, 2018, on heavy volume.

7.      As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's common shares, Plaintiff and other Class members have suffered significant losses and damages.

## JURISDICTION AND VENUE

8.      The claims asserted herein arise under and pursuant to §§10(b) and 20(a) of the Exchange Act (15 U.S.C. §§78j(b) and §78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. §240.10b-5).

9.      This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §1331 and §27 of the Exchange Act.

10.     Venue is proper in this Judicial District pursuant to §27 of the Exchange Act (15 U.S.C. §78aa) and 28 U.S.C. §1391(b).  WageWorks' principal executive offices are located within this Judicial District.

11.     In connection with the acts, conduct and other wrongs alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mail, interstate telephone communications and the facilities of the national securities exchange.

**PARTIES**

12.    Plaintiff, as set forth in the accompanying Certification, purchased WageWorks securities at artificially inflated prices during the Class Period and was damaged upon the revelation of the alleged corrective disclosure.

13.    Defendant WageWorks is incorporated in Delaware, and the Company's principal executive offices are located at 1100 Park Place, 4th Floor, San Mateo, California 94403. WageWorks' securities trade on the NYSE under the ticker symbol "WAGE."

14.    Defendant Joseph L. Jackson ("Jackson") has served at all relevant times as the Company's Chief Executive Officer ("CEO") and Director.

15.    Defendant Colm M. Callan ("Callan") has served at all relevant times as the Company's Chief Financial Officer ("CFO").

16.    The Defendants referenced above in ¶¶ 14-15 are sometimes referred to- herein as the "Individual Defendants."

17.    The Individual Defendants possessed the power and authority to control the contents of WageWorks' SEC filings, press releases, and other market communications. The Individual Defendants were provided with copies of the Company's SEC filings and press releases alleged herein to be misleading prior to or shortly after their issuance and had the ability and opportunity to prevent their issuance or to cause them to be corrected. Because of their positions with the Company, and their access to material information available to them but not to the public, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to and were being concealed from the public, and that the positive representations being made were then materially false and misleading. The Individual Defendants are liable for the false statements and omissions pleaded herein.

## SUBSTANTIVE ALLEGATIONS

### Background

18.     WageWorks, Inc. provides tax-advantaged programs for consumer-directed health, commuter, and other employee spending account benefits, or CDBs, in the United States. The Company operates spending account management programs such as health and dependent care Flexible Spending Accounts (FSAs), Health Savings Accounts (HSAs), Health Reimbursement Arrangements (HRAs), and transit programs.

### Materially False and Misleading Statements Issued During the Class Period

19.     The Class Period begins on May 5, 2016, when WageWorks issued a press release entitled "WageWorks Reports First Quarter 2016 Financial Results," discussing the Company's financial results for the quarter ended March 31, 2016.  The press release stated in relevant part:

> SAN MATEO, Calif., May 05, 2016 (GLOBE NEWSWIRE) -- WageWorks, Inc. (the "Company") (NYSE:  WAGE), a leader in administering Consumer-Directed Benefits (CDBs), which empower employees to save money on taxes while also providing corporate tax advantages for employers, today announced the Company's financial results for its first quarter ended March 31, 2016.

> "2016 is off to a great start. We see encouraging results in our commuter business and demand across all of our healthcare offerings remains strong, especially as it relates to Health Savings Accounts. Our selling season is progressing very well, highlighted by an exciting new relationship with the Federal government. Our channel partnership and exchange business is growing, and we are successfully fostering existing relationships and continuously developing new opportunities. As we move through 2016, we are well positioned to execute on our multiple avenues for growth and drive leverage in the business," said Joe Jackson, Chief Executive Officer of WageWorks.

> For the first quarter, WageWorks reported total revenue of $87.0 million, compared to $85.3 million for the first quarter of 2015. Healthcare revenue was $50.4 million, compared to $47.3 million for the first quarter of 2015, an increase of 7 percent. Commuter revenue was $17.4 million, compared to $15.9 million for the first quarter of 2015, an increase of 9 percent. COBRA revenue was $15.4 million, compared to $12.6 million for the first quarter of 2015, an increase of 22 percent. Other revenue was $3.9 million, compared to $9.5 million for the first quarter of 2015.

> GAAP operating income was $9.9 million for the first quarter of 2016, an increase compared to GAAP operating income of $9.7 million for the first quarter of 2015.

On a non-GAAP basis, first quarter of 2016 operating income was $20.2 million, an increase compared to non-GAAP operating income of $18.0 million for the first quarter of 2015.

GAAP net income was $5.8 million, or $0.16 per diluted share, for the first quarter of 2016, compared to GAAP net income of $5.6 million, or $0.15 per diluted share, for the first quarter of 2015.

On a non-GAAP net income basis, first quarter of 2016 net income was $11.9 million, or $0.33 per diluted share, an increase compared to non-GAAP net income of $10.5 million, or $0.29 per diluted share, for the first quarter of 2015. Non-GAAP net income for the first quarter of 2015 and 2016 excludes expenses related to stock-based compensation, amortization of acquired intangibles, contingent consideration expense and the related tax impact of these items.

Non-GAAP adjusted EBITDA was $25.1 million for the first quarter of 2016, a 14 percent increase compared to non-GAAP adjusted EBITDA of $22.0 million for the first quarter of 2015.

The reconciliation of the non-GAAP measures to the comparable GAAP measures for the first quarter 2016 and 2015 is detailed in the tables provided in this press release.

As of March 31, 2016, WageWorks had cash and cash equivalents totaling $562.4 million. This compares to cash and cash equivalents totaling $500.9 million as of December 31, 2015.

20.     On that same day, WageWorks filed a quarterly report on Form 10-Q with the SEC, announcing the Company's financial and operating results for the quarter ended March 31, 2016 (the "Q1 2016 10-Q"). For the quarter, WageWorks reported net income of $5.80 million or $0.16 per diluted share, on revenue of $87 million, compared to net income of $5.64 million, or $0.15 per diluted share, on revenue of $85.30 million for the same period in the prior year.

21.     In the Q1 2016 10-Q, the Company stated in relevant part:

Based on this evaluation, our Chief Executive Officer and Chief Financial Officer concluded that, as of March 31, 2016, our disclosure controls and procedures are designed at a reasonable assurance level and are effective to provide reasonable assurance that information we are required to disclose in reports that we file or submit under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the SEC's rules and forms, and that such information is accumulated and communicated to our management, including our Chief Executive Officer and Chief Financial Officer, as appropriate, to allow timely decisions regarding required disclosures.

6

**Changes in Internal Control over Financial Reporting**

There was no change in our internal control over financial reporting identified in connection with the evaluation required by Rule 13a-15(d) or the Exchange Act that occurred during the period covered by this Quarterly Report on Form 10-Q that has materially affected, or is reasonably likely to materially affect, our internal control over financial reporting.

22.    The Q1 2016 10-Q contained signed certifications pursuant to the Sarbanes-Oxley Act of 2002 ("SOX") by the Individual Defendants, stating that the information contained in the Q1 2016 10-Q "fairly present in all material respects the financial condition, results of operations and cash flows of the [Company] as of, and for, the periods presented in this report."

23.    On August 9, 2016, WageWorks issued a press release entitled "WageWorks Reports Second Quarter 2016 Financial Results," discussing the financial results for the quarter ending June 30, 2016.  The press release stated in relevant part:

SAN MATEO, Calif., Aug. 09, 2016 (GLOBE NEWSWIRE) -- WageWorks, Inc. (the "Company") (NYSE:WAGE), a leader in administering Consumer-Directed Benefits (CDBs), which empower employees to save money on taxes while also providing corporate tax advantages for employers, today announced the Company's financial results for its second quarter ended June 30, 2016.

"The first half of 2016 was another strong one for WageWorks. Our selling season is progressing extremely well due to record interest in all of our products. Employers are increasingly choosing us as their administrator for Consumer Directed Benefits because of our service excellence and the ease of use of our programs on one consolidated platform. We have entered into several new channel partnerships and have expanded others. We expect this positive momentum to continue in the second half of the year as we capitalize on the expansion we are seeing in the industry," said Joe Jackson, Chief Executive Officer of WageWorks.

For the second quarter, WageWorks reported total revenue of $87.7 million, compared to $82.8 million for the second quarter of 2015, an increase of 6 percent. Healthcare revenue was $48.1 million, compared to $43.8 million for the second quarter of 2015, an increase of 10 percent. Commuter revenue was $17.4 million, compared to $16.0 million for the second quarter of 2015, an increase of 9 percent. COBRA revenue was $17.9 million, compared to $12.3 million for the second quarter of 2015, an increase of 46 percent. Other revenue was $4.4 million, compared to $10.6 million for the second quarter of 2015.

GAAP operating income was $4.6 million for the second quarter of 2016, compared to GAAP operating income of $6.8 million for the second quarter of 2015. On a non-GAAP basis, second quarter of 2016 operating income was $22.3

million, an increase compared to non-GAAP operating income of $17.5 million for the second quarter of 2015.

GAAP net income was $2.9 million, or $0.08 per diluted share, for the second quarter of 2016, compared to GAAP net income of $3.5 million, or $0.10 per diluted share, for the second quarter of 2015.

On a non-GAAP net income basis, second quarter of 2016 net income was $13.3 million, or $0.36 per diluted share, an increase compared to non-GAAP net income of $10.3 million, or $0.28 per diluted share, for the second quarter of 2015. Non-GAAP net income for the second quarter of 2015 and 2016 excludes expenses related to stock-based compensation, amortization of acquired intangibles, contingent consideration expense, severance costs related to integration initiatives and the related tax impact of these items. Non-GAAP adjusted EBITDA was $27.5 million for the second quarter of 2016, a 24 percent increase compared to non-GAAP adjusted EBITDA of $22.2 million for the second quarter of 2015.

The reconciliation of the non-GAAP measures to the comparable GAAP measures for the second quarter 2016 and 2015 is detailed in the tables provided in this press release. As of June 30, 2016, WageWorks had cash and cash equivalents totaling $569.0 million. This compares to cash and cash equivalents totaling $500.9 million as of December 31, 2015.

24.    On that same day, WageWorks filed a quarterly report on Form 10-Q with the SEC, announcing the Company's financial and operating results for the quarter ended June 30, 2016 (the "Q2 2016 10-Q"). For the quarter, WageWorks reported net income of $2.85 million or $0.08 per diluted share, on revenue of $87.73 million, compared to net income of $3.52 million, or $0.10 per diluted share, on revenue of $82.75 million for the same period in the prior year.

25.    In the Q2 2016 10-Q, the Company stated in relevant part:

Based on this evaluation, our Chief Executive Officer and Chief Financial Officer concluded that, as of June 30, 2016, our disclosure controls and procedures are designed at a reasonable assurance level and are effective to provide reasonable assurance that information we are required to disclose in reports that we file or submit under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the SEC's rules and forms, and that such information is accumulated and communicated to our management, including our Chief Executive Officer and Chief Financial Officer, as appropriate, to allow timely decisions regarding required disclosures.

**Changes in Internal Control over Financial Reporting**

There was no change in our internal control over financial reporting identified in connection with the evaluation required by Rule 13a-15(d) or the Exchange Act that occurred during the period covered by this Quarterly Report on Form 10-Q

that has materially affected, or is reasonably likely to materially affect, our internal control over financial reporting.

26.    The Q2 2016 10-Q contained signed certifications pursuant to SOX by the Individual Defendants, stating that the information contained in the Q2 2016 10-Q "fairly present in all material respects the financial condition, results of operations and cash flows of the [Company] as of, and for, the periods presented in this report."

27.    On November 9, 2016, WageWorks issued a press release entitled "WageWorks Reports Third Quarter 2016 Results, discussing the financial results for the quarter ending September 30, 2016. The press release stated in relevant part:

> SAN MATEO, Calif., November 9, 2016 (GLOBE NEWSWIRE) -- WageWorks, Inc. (the "Company") (NYSE: WAGE), a leader in administering Consumer-Directed Benefits, today announced the Company's financial results for its third quarter ended September 30, 2016.
>
> "I am very pleased with our strong third quarter results. We are in the midst of another record setting new sales year driven by increased interest across all of our products from employers of all sizes. The successful transition of the existing participants on the United States Office of Personnel Management's Federal Flexible Spending Account Program to our platform marks the largest transition of accounts in our history. We continue to enter into new carrier and channel partnerships, which are producing additional opportunities and solid growth. Finally, we are excited about our pending acquisition of ADP's Consumer Health Spending Account and COBRA businesses and our new ongoing partnership with ADP. We are poised to finish 2016 with strong momentum, as we are clearly executing on our multiple avenues for growth," said Joe Jackson, Chief Executive Officer of WageWorks.
>
> For the third quarter, WageWorks reported total revenue of $88.9 million, compared to $83.2 million for the third quarter of 2015, an increase of 7 percent. Healthcare revenue was $48.5 million, compared to $42.2 million for the third quarter of 2015, an increase of 15 percent. Commuter revenue was $17.6 million, compared to $16.0 million for the third quarter of 2015, an increase of 10 percent. COBRA revenue was $18.7 million, compared to $12.2 million for the third quarter of 2015, an increase of 53 percent. Other revenue was $4.2 million, compared to $12.7 million for the third quarter of 2015.
>
> GAAP operating income was $9.4 million for the third quarter of 2016, compared to GAAP operating income of $12.7 million for the third quarter of 2015. On a non-GAAP basis, third quarter of 2016 operating income was $21.3 million, compared to non-GAAP operating income of $21.9 million for the third quarter of 2015.

GAAP net income was $5.9 million, or $0.16 per diluted share, for the third quarter of 2016, compared to GAAP net income of $7.6 million, or $0.21 per diluted share, for the third quarter of 2015.

On a non-GAAP basis, third quarter of 2016 net income was $12.6 million, or $0.34 per diluted share, compared to non-GAAP net income of $13.0 million, or $0.36 per diluted share, for the third quarter of 2015. Non-GAAP net income for the third quarter of 2015 and 2016 excludes expenses related to stock-based compensation, amortization of acquired intangibles, contingent consideration expense, severance costs related to integration initiatives, costs associated with the planned acquisition of ADP's Consumer Health Spending Account and COBRA businesses, and the related tax impact of these items.

Non-GAAP adjusted EBITDA was $26.5 million for the third quarter of 2016, which remained flat as compared to non-GAAP adjusted EBITDA for the third quarter of 2015.

The reconciliation of the non-GAAP measures to the comparable GAAP measures for the third quarter 2016 and 2015 is detailed in the tables provided in this press release.

As of September 30, 2016, WageWorks had cash and cash equivalents totaling $666.6 million. This compares to cash and cash equivalents totaling $500.9 million as of December 31, 2015.

28.    On that same day, WageWorks filed a quarterly report on Form 10-Q with the SEC, announcing the Company's financial and operating results for the quarter ended September 30, 2016 (the "Q3 2016 10-Q").  For the quarter, WageWorks reported net income of $5.89 million or $0.16 per diluted share, on revenue of $88.92 million, compared to net income of $7.60 million, or $0.21 per diluted share, on revenue of $83.16 million for the same period in the prior year.

29.    In the Q3 2016 10-Q, the Company stated in relevant part:

Based on this evaluation, our Chief Executive Officer and Chief Financial Officer concluded that, as of September 30, 2016, our disclosure controls and procedures are designed at a reasonable assurance level and are effective to provide reasonable assurance that information we are required to disclose in reports that we file or submit under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the SEC's rules and forms, and that such information is accumulated and communicated to our management, including our Chief Executive Officer and Chief Financial Officer, as appropriate, to allow timely decisions regarding required disclosures.

**Changes in Internal Control over Financial Reporting**

> There was no change in our internal control over financial reporting identified in connection with the evaluation required by Rule 13a-15(d) or the Exchange Act that occurred during the period covered by this Quarterly Report on Form 10-Q that has materially affected, or is reasonably likely to materially affect, our internal control over financial reporting.

30.     The Q3 2016 10-Q contained signed certifications pursuant to SOX by the Individual Defendants, stating that the information contained in the Q3 2016 10-Q "fairly present in all material respects the financial condition, results of operations and cash flows of the [Company] as of, and for, the periods presented in this report."

31.     On February 23, 2017, WageWorks issued a press release entitled "WageWorks Reports Fourth Quarter and Full Year 2016 Financial Results," discussing the financial results for the quarter and fiscal year ended December 31, 2016.  The press release stated in relevant part:

> SAN MATEO, Calif., February 23, 2017 (GLOBE NEWSWIRE) -- WageWorks, Inc. (the "Company", "WageWorks") (NYSE: WAGE), a leader in administering Consumer- Directed Benefits, today announced the Company's financial results for its fourth quarter and fiscal year ended December 31, 2016.
>
> "2016 was an outstanding year for WageWorks. Our sales team delivered another record performance and we just completed a successful open enrollment season that included onboarding the largest number of participants in our history. We saw increased demand for all of our products, with continued strength in HSAs and FSAs. There was a significant uptick in employers interested in our full suite of Consumer Directed Benefits and selecting us to administer multiple offerings. We added a number of new carrier relationships and channel partners, including our first rideshare partner. We acquired ADP's CHSA and COBRA businesses and while that transaction closed about two weeks later than we were expecting, we are pleased with the results we are seeing and encouraged by the number of new business opportunities we are already receiving from the ongoing partnership we established as part of that transaction. We continue to see positive momentum in all aspects of our business and enter 2017 well positioned to execute on the foundation that we built in 2016," said Joe Jackson, Chief Executive Officer of WageWorks.
>
> **Fourth Quarter 2016 Financial Highlights**
>
> For the fourth quarter, WageWorks reported total revenue of $101.1 million, compared to $83.1 million for the fourth quarter of 2015, an increase of 22 percent. Healthcare revenue was $56.0 million, compared to $43.3 million for the fourth quarter of 2015, an increase of 29 percent. Commuter revenue was $17.8 million, compared to $16.0 million for the fourth quarter of 2015, an increase of 11

percent. COBRA revenue was $23.3 million, compared to $14.2 million for the fourth quarter of 2015, an increase of 64 percent. Other revenue was $4.0 million, compared to $9.7 million for the fourth quarter of 2015.

GAAP operating income was $8.7 million for the fourth quarter of 2016, compared to GAAP operating income of $10.8 million for the fourth quarter of 2015. On a non- GAAP basis, fourth quarter of 2016 operating income was $22.1 million, compared to non- GAAP operating income of $20.8 million for the fourth quarter of 2015.

GAAP net income was $5.7 million, or $0.15 per diluted share, for the fourth quarter of 2016, compared to GAAP net income of $6.2 million, or $0.17 per diluted share, for the fourth quarter of 2015.

On a non-GAAP basis, fourth quarter of 2016 net income was $13.6 million, or $0.36 per diluted share, compared to non-GAAP net income of $12.0 million, or $0.33 per diluted share, for the fourth quarter of 2015. Non-GAAP net income for the fourth quarter of 2015 and 2016 excludes expenses related to stock-based compensation, amortization of acquired intangibles, employee termination and other charges, contingent consideration expense, and the related tax impact of these items.

Non-GAAP adjusted EBITDA was $28.8 million for the fourth quarter of 2016, an increase of 12 percent as compared to $25.8 million for the fourth quarter of 2015.

The reconciliation of the non-GAAP measures to the comparable GAAP measures for the fourth quarter 2016 and 2015 is detailed in the tables provided in this press release.

**Full Year 2016 Financial Highlights**

For the full year of 2016, WageWorks reported total revenue of $364.7 million, compared to $334.3 million for the full year of 2015, an increase of nine percent. Healthcare revenue was $202.9 million, compared to $176.6 million for the full year of 2015, an increase of 15 percent. Commuter revenue was $70.2 million, compared to $63.9 million for the full year of 2015, an increase of 10 percent. COBRA revenue was $75.2 million, compared to $51.3 million for the full year of 2015, an increase of 47 percent. Other revenue was $16.4 million, compared to $42.5 million for the full year of 2015.

GAAP operating income was $32.7 million for the full year of 2016, compared to GAAP operating income of $39.9 million for the full year of 2015. On a non-GAAP basis, full year of 2016 operating income was $86.0 million, compared to non-GAAP operating income of $78.2 million for the full year of 2015.

GAAP net income was $20.2 million, or $0.54 per diluted share, for the full year of 2016, compared to GAAP net income of $23.0 million, or $0.63 per diluted share, for the full year of 2015.

On a non-GAAP basis, full year 2016 net income was $51.3 million, or $1.38 per diluted share, compared to non-GAAP net income of $45.8 million, or $1.25 per diluted share, for the full year of 2015. Non-GAAP net income for the full year of

2015 and 2016 excludes expenses related to stock-based compensation, amortization of acquired intangibles, employee termination and other charges, contingent consideration expense, and the related tax impact of these items.

Non-GAAP adjusted EBITDA was $108.0 million for the full year of 2016, an increase of 12 percent as compared to $96.5 million for the full year of 2015.

The reconciliation of the non-GAAP measures to the comparable GAAP measures for the full year of 2016 and 2015 is detailed in the tables provided in this press release.

As of December 31, 2016, WageWorks had cash and cash equivalents totaling $678.3 million. This compares to cash and cash equivalents totaling $500.9 million as of December 31, 2015.

32.     On that same day, WageWorks filed an annual report on Form 10-K with the SEC, announcing the Company's financial and operating results for the quarter ended December 31, 2016 (the "2016 10-K").  For the quarter, WageWorks reported net income of $5.66 million or $0.15 per diluted share, on revenue of $101.06 million, compared to net income of $6.20 million, or $0.17 per diluted share, on revenue of $83.10 million for the same period in the prior year.  For fiscal year 2016, WageWorks reported net income of $20.21 million, or $0.54 per diluted share, on revenue of $364.71 million, compared to net income of $22.95 million, or $0.63 per diluted share, on revenue of $334.32 million for fiscal year 2015.

33.     In the 2016 10-K, the Company stated in relevant part:

Our management has assessed the effectiveness of our internal control over financial reporting as of December 31, 2016. In making its assessment of internal control over financial reporting, management used the criteria set forth by the Committee of Sponsoring Organizations of the Treadway Commission (COSO) on Internal Control - Integrated Framework (2013). The Company acquired the ADP CHSA/COBRA Business on November 28, 2016, and management excluded from its assessment of the effectiveness of the Company's internal control over financial reporting as of December 31, 2016, the ADP CHSA/COBRA Business' internal control over financial reporting which represented less than 5% of total assets and total revenue as of and for the year ended December 31, 2016, after excluding goodwill and intangible assets recorded upon the acquisition of the ADP CHSA/COBRA Business. The recognition of goodwill and intangible assets were subject to management's assessment of internal control over financial reporting. See Note 3-Acquisitions and Channel Partner Arrangements to our consolidated financial statements included in Item-8-Financial Statements and Supplementary Data of this report for pro forma information. Based on this assessment, our CEO

13

and CFO concluded that our internal control over financial reporting was effective as of December 31, 2016.

The effectiveness of our internal control over financial reporting as of December 31, 2016 has been audited by KPMG LLP, an independent registered public accounting firm, as stated in their report, which appears in Part II, Item 8 of this Form 10-K.

**Changes in Internal Control over Financial Reporting**

There was no change in our internal control over financial reporting identified in connection with the evaluation required by Rule 13a-15(d) or the Exchange Act that occurred during the period covered by this Annual Report on Form 10-K that has materially affected, or is reasonably likely to materially affect, our internal control over financial reporting.

34.    The 2016 10-K contained signed certifications pursuant to SOX by the Individual Defendants, stating that the information contained in the 2016 10-K "fairly present in all material respects the financial condition, results of operations and cash flows of the [Company] as of, and for, the periods presented in this report."

35.    On May 4, 2017, WageWorks issued a press release entitled "WageWorks Reports First Quarter 2017 Financial Results," discussing the financial results for the quarter ending March 31, 2017. The press release stated in relevant part:

SAN MATEO, Calif., May 04, 2017 (GLOBE NEWSWIRE) -- WageWorks, Inc. (the "Company") (NYSE: WAGE), a leader in administering Consumer-Directed Benefits, today announced the Company's financial results for its first quarter ended March 31, 2017.

"I am pleased with our first quarter results. We achieved strong financial metrics across the board that all exceeded our guidance. Our sales pipeline has doubled year over year and our 2017 selling season is off to a terrific start as we continue to see substantial interest in our full suite of Consumer Directed Benefit offerings. The integration of ADP's CHSA and COBRA businesses is progressing ahead of schedule, we continue to expand our reach in the commuter space, and we are seeing increased activity from our many revenue generating channel partners and carrier relationships" said Joe Jackson, Chairman and Chief Executive Officer of WageWorks.

For the first quarter, WageWorks reported total revenue of $125.0 million, compared to $87.0 million for the first quarter of 2016, an increase of 44 percent. Healthcare revenue was $74.0 million, compared to $50.4 million for the first quarter of 2016, an increase of 47 percent. Commuter revenue was $18.4 million, compared to $17.4 million for the first quarter of 2016, an increase of 6 percent.

COBRA revenue was $28.3 million, compared to $15.4 million for the first quarter of 2016, an increase of 84 percent. Other revenue was $4.4 million, compared to $3.9 million for the first quarter of 2016.

GAAP operating income was $15.6 million for the first quarter of 2017, compared to GAAP operating income of $9.9 million for the first quarter of 2016. On a non-GAAP basis, first quarter of 2017 operating income was $30.8 million, compared to non-GAAP operating income of $20.2 million for the first quarter of 2016.

GAAP net income was $11.1 million, or $0.29 per diluted share, for the first quarter of 2017, compared to GAAP net income of $5.8 million, or $0.16 per diluted share, for the first quarter of 2016.

On a non-GAAP basis, first quarter of 2017 net income was $17.6 million, or $0.46 per diluted share, compared to non-GAAP net income of $11.9 million, or $0.33 per diluted share, for the first quarter of 2016. Non-GAAP net income for the first quarter of 2017 and 2016 excludes expenses related to stock-based compensation, amortization of acquired intangibles, employee termination and other charges, and the related tax impact of these items.

Non-GAAP adjusted EBITDA was $36.1 million for the first quarter of 2017, an increase of 44 percent as compared to non-GAAP adjusted EBITDA of $25.1 million for the first quarter of 2016.

The reconciliation of the non-GAAP measures to the comparable GAAP measures for the first quarter 2017 and 2016 is detailed in the tables provided in this press release.

As of March 31, 2017, WageWorks had cash and cash equivalents totaling $609.4 million. This compares to cash and cash equivalents totaling $678.3 million as of December 31, 2016.

36.     On that same day, WageWorks filed a quarterly report on Form 10-Q with the SEC, announcing the Company's financial and operating results for the quarter ended March 31, 2017 (the "Q1 2017 10-Q"). For the quarter, WageWorks reported net income of $11.10 million or $0.29 per diluted share, on revenue of $125.01 million, compared to net income of $5.80 million or $0.16 per diluted share, on revenue of $87 million for the same period in the prior year.

37.     In the Q1 2017 10-Q, the Company stated in relevant part:

We maintain "disclosure controls and procedures," as such term is defined in Rule 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934 ("Exchange Act"), that are designed to ensure that information required to be disclosed by us in reports that we file or submit under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the rules and forms of the Securities and Exchange Commission ("SEC"), and that

such information is accumulated and communicated to our management, including our Chief Executive Officer and Chief Financial Officer, as appropriate to allow timely decisions regarding required disclosure. In designing and evaluating our disclosure controls and procedures, management recognizes that disclosure controls and procedures, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the disclosure controls and procedures are met.

Subject to the limitation noted above, based on their evaluation at the end of the period covered by this Quarterly Report on Form 10-Q, our management, with the participation of our Chief Executive Officer and Chief Financial Officer, have evaluated the effectiveness of the Company's disclosure controls and procedures and have concluded that our disclosure controls and procedures were effective at the reasonable assurance level as of March 31, 2017.

38.     The Q1 2017 10-Q contained signed certifications pursuant to SOX by the Individual Defendants, stating that the information contained in the Q1 2017 10-Q "fairly present in all material respects the financial condition, results of operations and cash flows of the [Company] as of, and for, the periods presented in this report."

39.     On June 19, 2017, WageWorks issued a press release entitled "WageWorks Announces Pricing of its Follow-On Public Offering," announcing a secondary equity offering of $2.5 million shares, priced at $69.25 per share.  The press release stated in relevant part:

SAN MATEO, Calif., June 19, 2017 (GLOBE NEWSWIRE) -- WageWorks, Inc. (NYSE: WAGE) today announced the pricing of its follow-on public offering of 2,500,000 shares of its common stock at a price to the public of $69.25 per share. WageWorks is selling 1,954,852 shares of common stock, and certain of WageWorks' existing stockholders are selling an aggregate of 545,148 shares of common stock, in the offering. WageWorks has also granted the underwriters a 30-day option to purchase up to 375,000 additional shares.

WageWorks intends to use the proceeds of the primary portion of the offering will be used for general corporate purposes, including strategic acquisitions, channel partner arrangements, capital expenditures and operating costs. WageWorks will not receive any proceeds from the sale of shares by the selling stockholders.

William Blair & Company, L.L.C. and Stifel, Nicolaus & Company, Incorporated are serving as joint book-running managers for the offering, with JMP Securities LLC, Needham & Company, LLC and SunTrust Robinson Humphrey, Inc. acting as co- managers.

The offering is being made pursuant to an automatically effective shelf registration statement on Form S-3 filed with the U.S. Securities and Exchange Commission (the "SEC") and only by means of a prospectus supplement and accompanying

prospectus. These materials are available at no charge by visiting the SEC's website at edgar.sec.gov. A copy of the prospectus supplement and accompanying prospectus may also be obtained from William Blair & Company, L.L.C. at 222 West Adams Street, Attention: Prospectus Department, Chicago, IL 60606, phone number (800) 621-0687, or from Stifel, Nicolaus & Company, Incorporated at One Montgomery Street, Suite 3700, San Francisco, CA 94104, phone number (415) 364-2720.

This press release shall not constitute an offer to sell or the solicitation of an offer to buy, nor shall there be any sale of these securities in any state or jurisdiction in which such an offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such state or jurisdiction.

40.     In the secondary offering, both the Company and Defendant Jackson took advantage of the inflation on the trading price of WageWorks common stock arising from the previously issued false and misleading financial statements. In addition to the 1,954,852 million shares sold by WageWorks, Defendant Jackson sold nearly all of his holdings in WageWorks common stock, selling 495,148 shares after exercising options to purchase more than 400,000 shares at prices between $5.32 and $9.59 per share and generating proceeds of $31.3 million. Defendant Jackson's stock sales were not made pursuant to a 10b5-1 trading plan and they were dramatically out of line with past trading practices.

41.     On August 1, 2017, WageWorks issued a press release entitled "WageWorks Reports Second Quarter 2017 Financial Results," discussing the Company's financial results for the quarter ending June 30, 2017.  The press release stated in relevant part:

SAN MATEO, Calif., August 1, 2017 (GLOBE NEWSWIRE) -- WageWorks, Inc. (the "Company") (NYSE: WAGE), a leader in administering Consumer-Directed Benefits, today announced the Company's financial results for its second quarter ended June 30, 2017.

**Executive Quotes**

"We just finished another great quarter highlighted by an outstanding growth rate and strong financial metrics across the board," said Joe Jackson, Chairman and Chief Executive Officer of WageWorks. "Our selling season continues on another record setting pace, activity from our channel partners and carrier relationships is strong, and we are reaching an expanded demographic in our commuter business. The integration of ADP's businesses continues to progress well, and our acquisition pipeline remains active across all areas of our business."

**Second Quarter Financial Highlights**

For the second quarter, WageWorks reported total revenue of $119.9 million, compared to $87.7 million for the second quarter of 2016, an increase of 37 percent. Healthcare revenue was $70.0 million, compared to $48.1 million for the second quarter of 2016, an increase of 46 percent. Commuter revenue was $18.1 million, compared to $17.4 million for the second quarter of 2016, an increase of 4 percent. COBRA revenue was $27.7 million, compared to $17.9 million for the second quarter of 2016, an increase of 55 percent. Other revenue was $4.1 million, compared to $4.4 million for the second quarter of 2016.

GAAP operating income was $13.9 million for the second quarter of 2017, an increase compared to GAAP operating income of $4.6 million for the second quarter of 2016. On a non-GAAP basis, second quarter of 2017 operating income was $30.8 million, an increase compared to non-GAAP operating income of $22.3 million for the second quarter of 2016.

GAAP net income was $19.1 million, or $0.49 per diluted share, for the second quarter of 2017, compared to GAAP net income of $2.9 million, or $0.08 per diluted share, for the second quarter of 2016.

On a non-GAAP basis, second quarter of 2017 net income was $17.7 million, or $0.46 per diluted share, an increase compared to non-GAAP net income of $13.3 million, or $0.36 per diluted share, for the second quarter of 2016. Non-GAAP net income for the second quarter of 2017 and 2016 excludes expenses related to stock-based compensation, amortization of acquired intangibles, employer paid taxes for selling stockholders, employee termination and other charges, and the related tax impact of these items.

Non-GAAP adjusted EBITDA was $36.6 million for the second quarter of 2017, an increase of 33 percent as compared to non-GAAP adjusted EBITDA of $27.5 million for the second quarter of 2016.

The reconciliation of the non-GAAP measures to the comparable GAAP measures for the second quarter 2017 and 2016 is detailed in the tables provided in this press release.

As of June 30, 2017, WageWorks had cash and cash equivalents totaling $774.8 million. This compares to cash and cash equivalents totaling $678.3 million as of December 31, 2016. We completed a public stock offering in June 2017 for proceeds of approximately $130.8 million, net of underwriting discounts and commissions and other costs.

42.     On that same day, WageWorks filed a quarterly report on Form 10-Q with the SEC, announcing the Company's financial and operating results for the quarter ended June 30, 2017 (the "Q2 2017 10-Q").  For the quarter, WageWorks reported net income of $19.10 million or $0.49 per diluted

18

share, on revenue of $119.87 million, compared to net income of $2.85 million or $0.08 per diluted

share, on revenue of $87.73 million for the same period in the prior year.

43.    In the Q2 2017 10-Q, the Company stated in relevant part:

> We maintain "disclosure controls and procedures," as such term is defined in Rule 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934 ("Exchange Act"), that are designed to ensure that information required to be disclosed by us in reports that we file or submit under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the rules and forms of the Securities and Exchange Commission ("SEC"), and that such information is accumulated and communicated to our management, including our Chief Executive Officer and Chief Financial Officer, as appropriate to allow timely decisions regarding required disclosure. In designing and evaluating our disclosure controls and procedures, management recognizes that disclosure controls and procedures, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the disclosure controls and procedures are met.

> Subject to the limitation noted above, based on their evaluation at the end of the period covered by this Quarterly Report on Form 10-Q, our management, with the participation of our Chief Executive Officer and Chief Financial Officer, have evaluated the effectiveness of the Company's disclosure controls and procedures and have concluded that our disclosure controls and procedures were effective at the reasonable assurance level as of June 30, 2017.

44.    The Q2 2017 10-Q contained signed certifications pursuant to SOX by the Individual

Defendants, stating that the information contained in the Q2 2017 10-Q "fairly present in all material

respects the financial condition, results of operations and cash flows of the [Company] as of, and for,

the periods presented in this report."

45.    On November 8, 2017, WageWorks issued a press release entitled "WageWorks Reports

Third Quarter 2017 Financial Results," discussing the financial results for the quarter ending September

30, 2017.  The press release stated in relevant part:

> SAN MATEO, Calif., November 8, 2017 (GLOBE NEWSWIRE) -- WageWorks, Inc. (the "Company") (NYSE: WAGE), a leader in administering Consumer-Directed Benefits, today announced the Company's financial results for its third quarter ended September 30, 2017.

> **Executive Quotes**

> "We are very pleased with our strong third quarter performance which was highlighted by a healthy growth rate and impressive financial metrics" said Joe

Jackson, Chairman and Chief Executive Officer of WageWorks. "We completed a successful enterprise sales season and our SMB selling season is well underway. We continue to see interest in all of our products and our comprehensive platform of integrated offerings remains a competitive differentiator for us. We recently announced the acquisition of Tango Health's HSA business and are actively working on a number of other acquisition and channel partner opportunities. We are executing on all of our growth strategies and are well positioned for continued success."

**Third Quarter Financial Highlights**

For the third quarter, WageWorks reported total revenue of $115.7 million, compared to $88.9 million for the third quarter of 2016, an increase of 30 percent. Healthcare revenue was $66.2 million, compared to $48.5 million for the third quarter of 2016, an increase of 37 percent. Commuter revenue was $18.0 million, compared to $17.6 million for the third quarter of 2016, an increase of 2 percent. COBRA revenue was $27.5 million, compared to $18.7 million for the third quarter of 2016, an increase of 48 percent. Other revenue was $4.0 million, compared to $4.2 million for the third quarter of 2016.

GAAP operating income was $16.8 million for the third quarter of 2017, an increase compared to GAAP operating income of $9.4 million for the third quarter of 2016. On a non-GAAP basis, third quarter of 2017 operating income was $31.1 million, an increase compared to non-GAAP operating income of $21.2 million for the third quarter of 2016. GAAP net income was $9.7 million, or $0.24 per diluted share, for the third quarter of 2017, compared to GAAP net income of $5.9 million, or $0.16 per diluted share, for the third quarter of 2016.

On a non-GAAP basis, third quarter of 2017 net income was $18.0 million, or $0.45 per diluted share, an increase compared to non-GAAP net income of $12.5 million, or $0.34 per diluted share, for the third quarter of 2016. Non-GAAP net income for the third quarter of 2017 and 2016 excludes expenses related to stock-based compensation, amortization of acquired intangibles, employee termination and other charges, and the related tax impact of these items.

Non-GAAP adjusted EBITDA was $37.3 million for the third quarter of 2017, an increase of 41 percent as compared to non-GAAP adjusted EBITDA of $26.5 million for the third quarter of 2016.

The reconciliation of the non-GAAP measures to the comparable GAAP measures for the third quarter 2017 and 2016 is detailed in the tables provided in this press release. As of September 30, 2017, WageWorks had cash and cash equivalents totaling $798.3 million. This compares to cash and cash equivalents totaling $678.3 million as of December 31, 2016.

46.     On that same day, WageWorks filed a quarterly report on Form 10-Q with the SEC, announcing the Company's financial and operating results for the quarter ended September 30, 2017 (the "Q3 2017 10-Q"). For the quarter, WageWorks reported net income of $9.69 million or $0.24 per

diluted share, on revenue of $115.75 million, compared to net income of $5.89 million or $0.16 per diluted share, on revenue of $88.92 million for the same period in the prior year.

47.    In the Q3 2017 10-Q, the Company stated in relevant part:

> We maintain "disclosure controls and procedures," as such term is defined in Rule 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934 ("Exchange Act"), that are designed to ensure that information required to be disclosed by us in reports that we file or submit under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the rules and forms of the Securities and Exchange Commission ("SEC"), and that such information is accumulated and communicated to our management, including our Chief Executive Officer and Chief Financial Officer, as appropriate to allow timely decisions regarding required disclosure. In designing and evaluating our disclosure controls and procedures, management recognizes that disclosure controls and procedures, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the disclosure controls and procedures are met.

> Subject to the limitation noted above, based on their evaluation at the end of the period covered by this Quarterly Report on Form 10-Q, our management, with the participation of our Chief Executive Officer and Chief Financial Officer, have evaluated the effectiveness of the Company's disclosure controls and procedures and have concluded that our disclosure controls and procedures were effective at the reasonable assurance level as of September 30, 2017.

48.    The Q3 2017 10-Q contained signed certifications pursuant to SOX by the Individual Defendants, stating that the information contained in the Q3 2017 10-Q "fairly present in all material respects the financial condition, results of operations and cash flows of the [Company] as of, and for, the periods presented in this report."

49.    The statements referenced in ¶¶ 19-48 above were materially false and/or misleading because they misrepresented and/or failed to disclose the following adverse facts pertaining to the Company's business, operational and financial results, which were known to Defendants or recklessly disregarded by them. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) there were material weaknesses in WageWorks' systems of internal controls and that its practices and controls were ineffective; (ii) WageWorks failed to adequately manage and assess risk relating to certain complex transactions, including certain government contracts; (iii) WageWorks

improperly recognized revenue thereby inflating its earnings and related financial metrics; and (iv) as a result, WageWorks' public statements were materially false and misleading at all relevant times.

### The Truth Begins to Emerge

50.     On March 1, 2018, WageWorks issued a press release entitled "WageWorks to Delay Form 10K Filing for Fiscal Year 2017," announcing that it was delaying the filing of its Form 10-K for the fiscal year ending December 31, 2017, admitting that there were material weaknesses in WageWorks' systems of internal controls and that its practices and controls as to its accounting and preparation of earnings disclosures were ineffective.

51.     On this news, WageWorks' share price fell $9.75, or 18.58%, to close at $42.70 per share on March 1, 2018, on heavy volume.

52.     As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's common shares, Plaintiff and other Class members have suffered significant losses and damages.

### PLAINTIFF'S CLASS ACTION ALLEGATIONS

53.     Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who purchased or otherwise acquired WageWorks common shares traded on the NYSE during the Class Period (the "Class"); and were damaged upon the revelation of the alleged corrective disclosures. Excluded from the Class are Defendants herein, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

54.     The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, WageWorks common shares were actively traded on the NYSE. While the exact number of Class members is unknown to Plaintiff at this time and can be ascertained only

through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained by WageWorks or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

55.     Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

56.     Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiff has no interests antagonistic to or in conflict with those of the Class.

57.     Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

- whether the federal securities laws were violated by Defendants' acts as alleged herein;

- whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the financial condition, business, operations, and management of WageWorks;

- whether Defendants caused WageWorks to issue false and misleading financial statements during the Class Period;

- whether Defendants acted knowingly or recklessly in issuing false and misleading financial statements;

- whether the prices of WageWorks securities during the Class Period were artificially inflated because of Defendants' conduct complained of herein; and

- whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

58.   A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

59.   Plaintiff will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

- Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

- the omissions and misrepresentations were material;

- WageWorks common shares are traded in efficient markets;

- the Company's shares were liquid and traded with moderate to heavy volume during the Class Period;

- the Company traded on the NYSE, and was covered by multiple analysts;

- the misrepresentations and omissions alleged would tend to induce a reasonable investor to misjudge the value of the Company's common shares; and

- Plaintiff and members of the Class purchased and/or sold WageWorks common shares between the time the Defendants failed to disclose or misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts.

60.   Based upon the foregoing, Plaintiff and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

61.   Alternatively, Plaintiff and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128, 92 S. Ct. 2430 (1972), as Defendants omitted material information in their Class Period statements in violation of a duty to disclose such information, as detailed above.

24

## COUNT I

### Violation of Section 10(b) of The Exchange Act and Rule 10b-5
### Against All Defendants

62.     Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

63.     This Count is asserted against WageWorks and the Individual Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

64.     During the Class Period, WageWorks and the Individual Defendants, individually and in concert, directly or indirectly, disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

65.     WageWorks and the Individual Defendants violated §10(b) of the 1934 Act and Rule 10b-5 in that they:

- employed devices, schemes and artifices to defraud;
- made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or
- engaged in acts, practices and a course of business that operated as a fraud or deceit upon plaintiff and others similarly situated in connection with their purchases of WageWorks common shares during the Class Period.

66.     WageWorks and the Individual Defendants acted with scienter in that they knew that the public documents and statements issued or disseminated in the name of WageWorks were materially false and misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated, or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the securities laws. These

25

Defendants by virtue of their receipt of information reflecting the true facts of WageWorks, their control over, and/or receipt and/or modification of WageWorks allegedly materially misleading statements, and/or their associations with the Company which made them privy to confidential proprietary information concerning WageWorks, participated in the fraudulent scheme alleged herein.

67.   Individual Defendants, who are the senior officers and/or directors of the Company, had actual knowledge of the material omissions and/or the falsity of the material statements set forth above, and intended to deceive Plaintiff and the other members of the Class, or, in the alternative, acted with reckless disregard for the truth when they failed to ascertain and disclose the true facts in the statements made by them or other WageWorks personnel to members of the investing public, including Plaintiff and the Class.

68.   As a result of the foregoing, the market price of WageWorks common shares was artificially inflated during the Class Period.  In ignorance of the falsity of WageWorks's and the Individual Defendants' statements, Plaintiff and the other members of the Class relied on the statements described above and/or the integrity of the market price of WageWorks common shares during the Class Period in purchasing WageWorks common shares at prices that were artificially inflated as a result of WageWorks' and the Individual Defendants' false and misleading statements.

69.   Had Plaintiff and the other members of the Class been aware that the market price of WageWorks common shares had been artificially and falsely inflated by WageWorks' and the Individual Defendants' misleading statements and by the material adverse information which WageWorks' and the Individual Defendants did not disclose, they would not have purchased WageWorks' common shares at the artificially inflated prices that they did, or at all.

70.   As a result of the wrongful conduct alleged herein, Plaintiff and other members of the Class have suffered damages in an amount to be established at trial.

71.     By reason of the foregoing, WageWorks and the Individual Defendants have violated Section 10(b) of the 1934 Act and Rule 10b-5 promulgated thereunder and are liable to the plaintiff and the other members of the Class for substantial damages which they suffered in connection with their purchase of WageWorks common shares during the Class Period.

## COUNT II

### Violation of Section 20(a) of The Exchange Act Against The Individual Defendants

72.     Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

73.     During the Class Period, the Individual Defendants participated in the operation and management of WageWorks, and conducted and participated, directly and indirectly, in the conduct of WageWorks' business affairs. Because of their senior positions, they knew the adverse non-public information regarding the Company's inadequate internal safeguards in data security protocols.

74.     As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to WageWorks' financial condition and results of operations, and to correct promptly any public statements issued by WageWorks which had become materially false or misleading.

75.     Because of their positions of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which WageWorks disseminated in the marketplace during the Class Period. Throughout the Class Period, the Individual Defendants exercised their power and authority to cause WageWorks to engage in the wrongful acts complained of herein. The Individual Defendants therefore, were "controlling persons" of WageWorks within the meaning of Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of WageWorks common shares.

76.     By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by WageWorks.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

A.     Determining that the instant action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and certifying Plaintiff as the Class representative;

B.     Requiring Defendants to pay damages sustained by Plaintiff and the Class by reason of the acts and transactions alleged herein;

C.     Awarding Plaintiff and the other members of the Class prejudgment and post- judgment interest, as well as their reasonable attorneys' fees, expert fees and other costs; and

D.     Awarding such other and further relief as this Court may deem just and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury.

Dated: March 23, 2018

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, CA 90210
Telephone: (818) 532-6499
E-mail: jpafiti@pomlaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile:   (212) 661-8665
E-mail: jalieberman@pomlaw.com
E-mail: ahood@pomlaw.com

28

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:  (312) 377-1184
E-mail: pdahlstrom@pomlaw.com

*Attorneys for Plaintiff*

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.   I, _Robin Hadden_, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint against WageWorks, Inc. ("WageWorks" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.  I did not purchase or acquire WageWorks securities at the direction of plaintiffs counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.   I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired WageWorks securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in WageWorks securities during the Class Period as specified in the Complaint.

6.   During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.   I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.  I declare under penalty of perjury that the foregoing is true and correct.


Executed _____3/11/18_____
              **(Date)**


            _____Robin Hadden_____
                 **(Signature)**

            _____Robin Hadden._____
             **(Type or Print Name)**

**WAGEWORKS, INC. (WAGE)**                                    **Hadden, Robin**

### LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES/UNITS | PRICE PER SHARES/UNITS |
|------|------------------|------------------------|------------------------|
| 1/8/2018 | Purchase | 160 | $61.9400 |